

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| JUAN ANTONIO SAENZ, | § | No. 08-18-00167-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150C10563) |
|  | § |  |

**O RDER**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **January 6, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Mary Ann Marin, Official Court Reporter for the County Criminal Court No. 1, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before January 6, 2019.

IT IS SO ORDERED this 11th day of December, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.